IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Robert L. and Rebecca A. Shields, individually, and on behalf of all individuals and legal entities similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5:24-cv-39 (Judge Bailey) |
| v. | ) ) | |
| Stone Hill Minerals Holdings, LLC; EQT TGHL Exploration LLC; EQT TGHL Exploration II LLC; EQT TGHL Holdings Midco LLC; and Tug Hill Operating, LLC; | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT**

Plaintiffs, Robert L. and Rebecca A. Shields individually, and on behalf of all individuals and legal entities similarly situated, and Defendants Stone Hill Minerals Holdings, LLC; EQT TGHL Exploration LLC; EQT TGHL Exploration II LLC; EQT TGHL Holdings Midco LLC and Tug Hill Operating, LLC, pursuant to the United States District Court for the Northern District of West Virginia Local Rule of Civil Procedure 12.01, hereby agree and stipulate that the time for Defendants to answer or otherwise respond to the Complaint shall be extended until June 20, 2024.

Dated: May 1, 2024

Respectfully submitted,

<u>/s/ Mark A. Kepple</u>
Mark A. Kepple, Esq.
W.Va. Bar ID #7470
1219 Chapline Street
Wheeling, WV 26003
Phone (304)233-3100

Thomas E. White, Esq.
White Law Office
604 6th Street
Moundsville, WV 26041

Robert L. Redfearn, Jr. Esq.
Simon, Peragine, Smith & Redfearn
1100 Poydras St. #3000
New Orleans, LA 70163
*Pending Pro Hac Vice Admission*

Joseph Scipione, Esq.
The Nittany Group
169 Gerald St, Suite 110
State College, PA 16801
*Pending Pro Hac Vice Admission*

*Counsel for Plaintiffs*

<u>/s/ Thomas C. Ryan</u>
Thomas C. Ryan (WVSB # 9883)
Amanda R. Cashman (WVSB # 14328)
Travis L. Brannon (WVSB # 12504)
Emily C. Weiss (WVSB # 12908)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-6500

*Counsel for Stone Hill Minerals Holdings, LLC*

<u>/s/ Timothy M. Miller</u>
Timothy M. Miller (WVSB #2564)
Jennifer J. Hicks (WVSB #11423)
Christopher S. Etheredge (WVSB #13835)
Jessica M. Barnes (WVSB #14043)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Tel: (681) 205-8888

*Counsel for EQT TGHL Exploration LLC, EQT TGHL Exploration II LLC, EQT TGHL Holdings Midco LLC and Tug Hill Operating, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2024, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system and will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Thomas C. Ryan*
Thomas C. Ryan